IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLES GALLOWAY**                                                                         **PLAINTIFF**

**v.**                                                                            **No. 3:20CV170-DAS**

**MALLIE NESBIT**                                                                **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

    **SO ORDERED**, this, the 13th day of November, 2020.

                                                               /s/ David A. Sanders
                                                               DAVID A. SANDERS
                                                               UNITED STATES MAGISTRATE JUDGE